UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
AMERICAS BULK TRANSPORT LTD,

                Plaintiff,

         -against-                                  07 Civ. 3818 (LAK)

LION SHIPHOLDINGS a/k/a LION
SHIPHOLDINGS LIBERIA,

                Defendant.
------------------------------------------x

     USDC SDNY
     DOCUMENT
     ELECTRONICALLY FILED
     DOC #: _____
     DATE FILED #: 10/26/09

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff shall show cause, on or before November 10, 2009, why the process of maritime attachment previously issued in this action should not be vacated or modified and the action dismissed in light of *Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte Ltd.,* Nos. 08-3477-cv(L), 08-3758-cv(XAP), (2d Cir. Oct. 16, 2009).

        SO ORDERED.

Dated:     October 26, 2009

                                                  Lewis A. Kaplan
                                           United States District Judge